JOSEPH A. LARIVIERE, ANTOINETTE LARIVIERE, PASQUALE
SILVANO and MARCELLE SILVANO v. HOWARD M. HOOK and
LILYAN B. HOOK.

34 So. (2nd) 40
February 10, 1948

January Term, 1948
Division B

Affirmed.